6/26/2026 1:53 PM
26CV32555

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| TIFFANY COUNTS,<br><br>             Plaintiff,<br><br>       v.<br><br>WOMEN THAT ADVENTURE LLC, d.b.a.<br>WOMEN WHO EXPLORE, and LINDSAY<br>EGAN,<br><br>             Defendants. | Case No. _____<br><br>**COMPLAINT**<br><br>Breach of contract, failure to pay minimum wages and overtime wages in violation of 29 U.S.C. § 206 and 29 U.S.C. § 207, and retaliation for wage complaint in violation of 29 U.S.C. § 215<br><br>NOT SUBJECT TO ARBITRATION<br><br>Amount in Controversy: $136,014.80<br><br>Fee Authority: ORS 21.160(1)(c) |

Plaintiff alleges:

**PARTIES**

1.

Plaintiff Tiffany Counts ("Plaintiff") was, and is now, a resident of the State of Montana.

2.

Defendant Women That Adventure LLC ("WTA") is a travel company organized under the laws of the State of Oregon with its principal place of business in the State of Oregon. At all material times herein, WTA conducted regular, sustained business activity in Multnomah County, State of Oregon under the assumed business name Women Who Explore.

Page 1  -  COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800

Exhibit 1
Page 1 of 13

3.

Defendant Lindsey Egan ("Egan") was, and is now, a resident of Lane County, State of Oregon. At all material times herein, Egan was an owner and manager of WTA.

**MATERIAL FACTS**

4.

WTA hired Plaintiff as an "ambassador" beginning in January 2022. Egan and another WTA manager, Melissa Wright ("Wright"), supervised Plaintiff and other ambassadors.

5.

Plaintiff performed a variety of tasks as an ambassador, including but not limited to planning and leading interstate trips and events, photographing interstate trip activities, advertising WTA interstate on social media, and training other ambassadors who performed these and other duties. Plaintiff performed these tasks for WTA's benefit and under WTA's direction and control. Plaintiff received no wages in return for her work.

6.

In November 2023, WTA offered to promote Plaintiff to the position of "volunteer manager," promising to give Plaintiff $3,500 in credit that could be used on the cost of trips offered for sale by WTA.

7.

On or around January 1, 2024, Plaintiff accepted WTA's offer and began working as the volunteer manager. In her new position, Plaintiff performed volunteer coordination tasks in addition to continuing the tasks of an ambassador. Plaintiff continued to receive no wages in return for her work.

8.

Over the weekend of May 3–5, 2024, Plaintiff attended a "working weekend" gathering of WTA's leadership team, including Egan and Wright. At that time, Plaintiff

Page 2 - COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800

Exhibit 1
Page 2 of 13

had not received the $3,500 trip credit WTA promised in exchange for Plaintiff's agreement to serve as the volunteer manager. However, Plaintiff learned at the working weekend that WTA had given trip credits to some other members of its leadership team in exchange for their work. Plaintiff complained to Egan and Wright that she had not received the promised trip credit for her work. Plaintiff also complained to Egan and Wright that WTA required its ambassadors to pay to be trained, while receiving no wages in return.

9.

On or around May 16, 2024, in response to Plaintiff's complaints during the working weekend, Egan and Wright informed Plaintiff that they would no longer allow Plaintiff to lead international trips.

10.

On or around July 11, 2024, Wright sent an email to Plaintiff expressing concern about Plaintiff continuing to serve as an ambassador due to Plaintiff's complaints at the working weekend. In subsequent phone calls in July and August 2024, Egan and Wright informed Plaintiff that they intended to demote Plaintiff from her position as the volunteer manager due to Plaintiff's disagreement with WTA's business practices.

11.

On or around September 4, 2024, Plaintiff attempted to book a trip using the $3,500 trip credit WTA had previously promised in exchange for Plaintiff's work.

12.

On or around January 16, 2025, Egan sent an email to Plaintiff informing her that WTA was terminating Plaintiff's employment. Later in January 2025, WTA canceled Plaintiff's booking on the WTA trip and did not allow Plaintiff to use her $3,500 credit.

///

///

///

Page 3  -  COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800

Exhibit 1
Page 3 of 13

13.

During Plaintiff's employment with WTA, Plaintiff worked 2,751 hours, including 155 hours in excess of 40 hours in the workweek. Plaintiff received no wages for her work for WTA.

14.

Prior to filing this complaint, Plaintiff gave notice to WTA of her claim for unpaid wages. WTA did not pay Plaintiff wages after receiving notice. To-date, WTA has not paid Plaintiff any wages for her work.

**FIRST CLAIM FOR RELIEF**

**Breach of Contract**

**(Against WTA)**

15.

Plaintiff realleges and incorporates paragraphs 1 through 14 as if alleged herein.

16.

WTA's promise to give Plaintiff $3,500 in credit toward trips WTA sold in exchange for Plaintiff's agreement to perform additional duties associated with the volunteer manager position, and Plaintiff's acceptance, created an enforceable contract.

17.

All conditions precedent to Plaintiff's receipt of the trip credit were performed by Plaintiff or otherwise occurred.

18.

WTA breached the contract and denied Plaintiff her contractual rights by failing to provide the trip credit to which Plaintiff was entitled.

19.

Plaintiff has no plain, speedy, or adequate remedy at law for WTA's breach.

20.

Pursuant to Oregon common law, Plaintiff is entitled to specific performance in

Page 4  -  COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800
Exhibit 1
Page 4 of 13

the form of reinstatement of $3,500 in credit that Plaintiff may use on the cost of trips offered for sale by WTA.

## SECOND CLAIM FOR RELIEF

### 29 U.S.C. § 206—Failure to Pay Minimum Wages

### (Against WTA)

21.

Plaintiff realleges and incorporates paragraphs 1 through 14 as if alleged herein.

22.

WTA willfully failed to pay Plaintiff at least the federal minimum wage for all hours worked as required by 29 U.S.C. § 206.

23.

Pursuant to 29 U.S.C. § 216, Plaintiff is entitled to an award of unpaid minimum wages in the amount of $18,821 and an additional, equal amount as liquidated damages, subject to amendment at and before trial to conform to available evidence.

24.

Pursuant to 29 U.S.C. § 216, Plaintiff is entitled to an award of reasonable attorney fees and costs incurred in filing this complaint and litigating the claims and issues alleged herein.

## THIRD CLAIM FOR RELIEF

### 29 U.S.C. § 207—Failure to Pay Overtime Wages

### (Against WTA)

25.

Plaintiff realleges and incorporates paragraphs 1 through 14 as if alleged herein.

26.

WTA willfully failed to pay Plaintiff at least one and one half times the federal minimum wage for all hours worked in excess of 40 hours in a given workweek as required by 29 U.S.C. § 207.

Page 5 - COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800
Exhibit 1
Page 5 of 13

27.

Pursuant to 29 U.S.C. § 216, Plaintiff is entitled to an award of unpaid overtime wages in the amount of $1,686.40 and an additional, equal amount as liquidated damages, subject to amendment at and before trial to conform to available evidence.

28.

Pursuant to 29 U.S.C. § 216, Plaintiff is entitled to an award of reasonable attorney fees and costs incurred in filing this complaint and litigating the claims and issues alleged herein.

**FOURTH CLAIM FOR RELIEF**

**29 U.S.C. § 215(a)(3)—Retaliation for FLSA Complaint**

**(Against All Defendants)**

29.

Plaintiff realleges and incorporates paragraphs 1 through 14 as if alleged herein.

30.

Pursuant to 29 U.S.C. § 215(a)(3), WTA and Egan (collectively "Defendants") were forbidden from discharging or in any other manner discriminating against Plaintiff because Plaintiff filed a complaint under or related to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

31.

Plaintiff filed one or more complaints under or related to the FLSA within the meaning of 29 U.S.C. § 215(a)(3).

32.

Defendants discharged and discriminated against Plaintiff because of Plaintiff's protected complaints.

33.

As a direct result of Defendants' violations as alleged herein, Plaintiff suffered economic damages, including but not limited to loss of perks and benefits.

Page 6 - COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800
Exhibit 1
Page 6 of 13

34.

As a direct result of Defendants' violations as alleged herein, Plaintiff suffered noneconomic damages, including but not limited to embarrassment, anger, inconvenience, loss of enjoyment of life, damage to her personal and professional reputation, and interference with her normal and usual activities.

35.

Pursuant to 29 U.S.C. § 216, Plaintiff is entitled to reinstatement of her employment and compensatory damages in the amount of $95,000, subject to amendment at and before trial to conform to available evidence.

36.

Pursuant to 29 U.S.C. § 216, Plaintiff is entitled to an award of reasonable attorney fees and costs incurred in filing this complaint and litigating the claims and issues alleged herein.

**PUNITIVE DAMAGES**

37.

Pursuant to ORS 31.725, Plaintiff intends to move the Court to allow a claim for punitive damages against Defendants for their malice or reckless and outrageous indifference to a highly unreasonable risk of harm with conscious indifference to the health, safety, and welfare of others.

**RESERVATION TO AMEND**

38.

Plaintiff reserves the right to amend this complaint at and before trial to conform to available evidence, including but not limited to the damages alleged herein.

**REQUEST FOR JURY TRIAL**

39.

Plaintiff requests a jury trial on all triable claims and issues alleged herein.

///

Page 7 - COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800

Exhibit 1
Page 7 of 13

**PRAYER**

WHEREFORE, Plaintiff prays that judgment be entered against Defendants, and each of them, as follows:

(a) A finding that WTA is liable for breach of contract;

(b) A finding that WTA willfully violated 29 U.S.C. §§ 206, 207, and 215(a)(3);

(c) A finding that Egan willfully violated 29 U.S.C. § 215(a)(3);

(d) Pursuant to Oregon common law on contracts, an order requiring WTA to reinstate $3,500 in credit that Plaintiff may use on the cost of trips offered for sale by WTA;

(e) Pursuant 29 U.S.C. § 216, an award to Plaintiff of unpaid minimum wages and liquidated damages in the amount of $37,642, subject to amendment at and before trial to conform to available evidence;

(f) Pursuant to 29 U.S.C. § 216, an award to Plaintiff of unpaid overtime wages and liquidated damages in the amount of $3,372.80, subject to amendment at and before trial to conform to available evidence;

(g) Pursuant to 29 U.S.C. § 216, an award to Plaintiff of compensatory damages in the amount of $95,000, subject to amendment at and before trial to conform to available evidence;

(h) Pursuant to 29 U.S.C. § 216, an order requiring WTA to reinstate Plaintiff's employment;

(i) Pursuant to 29 U.S.C. § 216, an award to Plaintiff of reasonable attorney fees and costs;

(j) Pursuant to ORS 82.010, an award to Plaintiff of pre- and post-judgment interest at nine percent per annum on all amounts due, accruing from the day they become due; and

(k) All other relief in favor of Plaintiff that this Court deems just and equitable.

///

Page 8  -  COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800

Exhibit 1
Page 8 of 13

DATED: June 26, 2026.

BENNETT HARTMAN, LLP

s/Richard Myers
Richard B. Myers, OSB No. 131264
direct: 503.546.9623
richard@bennetthartman.com
Hye Sun Choi, OSB No. 262145
direct: 971.266.0756
hyesun@bennetthartman.com
Ryan K. Michael, OSB No. SP012542
Oregon SPPE Provisional Licensee
direct: 503.546.9630
ryan@bennetthartman.com
Of Attorneys for Plaintiff

Page 9  -  COMPLAINT

BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
office: 503.227.4600 | fax: 503.248.6800
Exhibit 1
Page 9 of 13

7/6/2026 1:14 PM
26CV32555

## RETURN OF SERVICE

**State of Oregon**                    **County of Multnomah**                    **Circuit Court**

Case Number: 26CV32555

Plaintiff:
**TIFFANY COUNTS**

vs.

Defendant:
**WOMEN THAT ADVENTURE LLC DBA WOMEN WHO EXPLORE, AND
LINDSAY EGAN**

For:
MERCURY PDX
16285 SW 85TH AVE
#408
PORTLAND, OR 97224

Received by MERCURY PDX on the 30th day of June, 2026 at 4:49 pm to be served on **WOMEN THAT
ADVENTURE LLC, DBA WOMEN WHO EXPLORE, C/O LINDSAY EGAN, REGISTERED AGENT, 550
LOUIS ST, EUGENE, OR 97402**.

I, MARK SMITH, do hereby affirm that on the **1st day of July, 2026** at **11:39 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS, COMPLAINT, MEDIATION
NOTICE** with the date and hour of service endorsed thereon by me, to: **LINDSAY EGAN** as **Registered
Agent** at the address of: **550 LOUIS ST, EUGENE, OR 97402** on behalf of **WOMEN THAT ADVENTURE
LLC, DBA WOMEN WHO EXPLORE**, and informed said person of the contents therein, in compliance
with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in
good standing, in the judicial circuit in which the process was served.

**MARK SMITH**
Process Server

7/6/2026
**Date**

**MERCURY PDX**
**16285 SW 85TH AVE**
**#408**
**PORTLAND, OR 97224**

Our Job Serial Number: JGC-2026001011

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Exhibit 1
Page 10 of 13

7/6/2026 1:14 PM
26CV32555

# In the Circuit Court of the State of Oregon

## For the County of Multnomah

TIFFANY COUNTS,

          Plaintiff,

     v.

WOMEN THAT ADVENTURE LLC d.b.a. WOMEN WHO EXPLORE, and LINDSAY EGAN,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)

**Case No.   26CV32555**

**CIVIL SUMMONS**

To:   **Defendant Women That Adventure LLC d.b.a. Women Who Explore**

      You are hereby required to appear and defend the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**
   You must "appear" in this case or the other side will win automatically.   To "appear" you must file with the court a legal document called a "motion" or "answer."   The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.   It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.
    If you have any questions, you should see an attorney immediately.   If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Richard B. Myers, OSB #131264

210 S.W. Morrison Street, Suite 500

Portland, OR    97204     503-546-9623

STATE OF OREGON, County of Multnomah) ss.

    I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the Defendant or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on a separate similar document which you shall attach hereto.

Exhibit 1
Page 11 of 13

7/9/2026 2:10 PM
26CV32555

# RETURN OF SERVICE

**State of Oregon**                    **County of Multnomah**                    **Circuit Court**

Case Number: 26CV32555

Plaintiff:
**TIFFANY COUNTS**

vs.

Defendant:
**WOMEN THAT ADVENTURE LLC DBA WOMEN WHO EXPLORE, AND
LINDSAY EGAN**

For:
MERCURY PDX
16285 SW 85TH AVE
#408
PORTLAND, OR 97224

Received by MERCURY PDX on the 30th day of June, 2026 at 4:49 pm to be served on **LINDSAY EGAN, 550 LOUIS ST, EUGENE, OR 97402**.

I, MARK SMITH, do hereby affirm that on the **1st day of July, 2026** at **11:39 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT, MEDIATION NOTICE** with the date and hour of service endorsed thereon by me, to: **LINDSAY EGAN** at the address of: **550 LOUIS ST, EUGENE, OR 97402**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

MARK SMITH
Process Server

Date    7/6/2026

MERCURY PDX
16285 SW 85TH AVE
#408
PORTLAND, OR 97224

Our Job Serial Number: JGC-2026001010

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Exhibit 1
Page 12 of 13

7/9/2026 2:10 PM
26CV32555

# In the Circuit Court of the State of Oregon

## For the County of Multnomah

TIFFANY COUNTS,

        Plaintiff,

        v.

WOMEN THAT ADVENTURE LLC d.b.a. WOMEN
WHO EXPLORE, and LINDSAY EGAN,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**Case No.   26CV32555**

**CIVIL SUMMONS**

To:   **Defendant Lindsay Egan**

     You are hereby required to appear and defend the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**
   You must "appear" in this case or the other side will win automatically.   To "appear" you must file with the court a legal document called a "motion" or "answer."   The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.   It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.
    If you have any questions, you should see an attorney immediately.   If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Richard B. Myers, OSB #131264

210 S.W. Morrison Street, Suite 500

Portland, OR    97204      503-546-9623

STATE OF OREGON, County of Multnomah) ss.

    I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the Defendant or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on a separate similar document which you shall attach hereto.

Exhibit 1
Page 13 of 13